IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TEAMSTERS JOINT COUNCIL NO. 83 OF VIRGINIA PENSION FUND, et al., ) ) ) Plaintiffs, ) ) v. ) ) EMPIRE BEEF CO., INC. and ) WEIDNER REALTY ASSOCS., ) ) Defendants. ) | Civil Action No. 3:08CV340-HEH |

## ORDER

THIS MATTER came before the Court for a trial without a jury held on May 18, 2009, to decide Plaintiffs' claims against Weidner Realty Associates ("Weidner"). For the reasons stated in the accompanying Memorandum Opinion, the Court hereby FINDS in favor of Weidner and DISMISSES Plaintiffs' claims against Weidner.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: June 18, 2009
Richmond, VA